1  TRIAL & TECHNOLOGY LAW GROUP
   A PROFESSIONAL CORPORATION
2  ROBERT A. SPANNER SBN 60308
   545 MIDDLEFIELD ROAD, SUITE 220
3  MENLO PARK, CA 94025
   PHONE: (650) 324-2223
4  FAX: (650) 324-0178
   email - ras@techtriallaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ | CASE NO. C09-03444 MHP |
| Plaintiff, | [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |
| v. | |
| WELLS FARGO BANK, *et al.*, | |
| Defendants. | |

TO DEFENDANTS WELLS FARGO HOME MORTGAGE AND FIRST AMERICAN LOANSTAR TRUSTEE SERVICES,

August 3, 2009

The Application for a Temporary Restraining Order came on for hearing on ~~July~~ __, 2009. The Court finds that good cause exists for the entry of a Temporary Restraining Order, in that it appears from Plaintiff's papers that there is a reasonable likelihood that Plaintiff will prevail on the merits. The Court also finds that irreparable injury will occur unless a Temporary Restraining Order is issued, in that Plaintiff's home will be foreclosed upon unless an Order is issued, and Plaintiff will be irredeemably prejudiced in any attempt to purchase another residence in the future due to the fact of the foreclosure on his credit record. The Court also has considered the public interest in the integrity of the foreclosure process. Accordingly,

YOU, AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE before this Court on ~~September~~ August 13, 2009 at the hour of 3:30 p.m., ~~or as~~ soon thereafter as the matter may be heard at 450 Golden Gate Avenue, San Francisco, California why you and your officers, agents, employees, and attorneys and those in active concert or participation with you or them, should

---

Proposed TRO –                    1
Case No. C09-03444 MHP

not be restrained and enjoined during the pendency of this action and until trial, from:

1) acting to deprive Plaintiff Armando Gonzalez of possession or ownership of the real property located at 1915 San Buenaventura Way, San Miguel, County of San Luis Obispo ("Plaintiff's home");

2) instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home; or

3) recording any deeds or mortgages regarding Plaintiff's home, or making adverse reports to credit reporting agencies regarding Plaintiff.

Pending hearing on the above Order to Show Cause, you and your officers, agents, employees, and attorneys and those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from:

1) acting to deprive Plaintiff Armando Gonzalez of possession or ownership of the real property located at 1915 San Buenaventura Way, San Miguel, County of San Luis Obispo ("Plaintiff's home");

2) instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home; or

3) recording any deeds or mortgages regarding Plaintiff's home, or making adverse reports to credit reporting agencies regarding Plaintiff..

This Order to Show Cause and supporting papers shall be served on Defendants no later than August _4_, 2009, by fascimile. Any opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel or served by email on _8/10/2009_. ~~A reply memorandum may be filed by _____, and shall be personally served or served by email on the date of filing~~.

Since the Plaintiff has been demonstrated to be impecunious, there is no showing of a possibility of loss accruing to Defendants in the event a foreclosure is delayed until Plaintiff's motion for a preliminary injunction can be heard, and the great weight of hardship would fall on Plaintiff if a Temporary Restraining Order does not issue, and there is a strong likelihood of Plaintiff's success on the merits;

---

Proposed TRO –
Case No. C09-03444 MHP

2

1   IT IS FURTHER ORDERED that no bond need be posted by Plaintiff.

2

3   Dated: August 3, 2009 at the hour of 4:20 p.m.

        U.S. DISTRICT

        *IT IS SO ORDERED*
        *[signature]*
        *Judge Marilyn H. Patel*

Proposed TRO –
Case No. C09-03444 MHP

3