```
TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
545 MIDDLEFIELD ROAD, SUITE 220
MENLO PARK, CA 94025
PHONE: (650) 324-2223
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiff
ARMANDO GONZALEZ
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ,<br><br>　　　　Plaintiff,<br>v.<br><br>WELLS FARGO BANK, *et al.*,<br><br>　　　　Defendants.<br>_____ / | CASE NO. C09-03444 MHP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO:<br>1) CONTINUE HEARING ON ORDER<br>TO SHOW CAUSE RE PRELIMINARY<br>INJUNCTION; AND<br>2) EXTEND TEMPORARY<br>RESTRAINING ORDER |

　　　WHEREAS on July 28, 2009 Plaintiff filed an Application For Temporary Restraining Order and Motion For Preliminary Injunction;

　　　WHEREAS on August 3, 2009 the Court issued a Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction; and

　　　WHEREAS a trustee's sale of Plaintiff's home is presently scheduled for September 2, 2009;

　　　The parties hereto, by and through their respective counsel, hereby stipulate and agree as follows:

　　　1.　　The hearing on the Order To Show Cause Re Preliminary Injunction, presently scheduled for August 13, 2009 at 3:00 p.m. shall be continued to September 1, 2009 at 3:00 p.m., or at such other time that the Court is available on that date;

　　　2.　　Any opposition to the Order To Show Cause shall be filed and served by email no later than August 24, 2009;

3. The Temporary Restraining Order issued by the Court on August 3, 2009 shall remain in effect pending the hearing on the Order To Show Cause;

4. Defendant Wells Fargo will direct the Trustee, First American Loanstar Trustee Services, to postpone the trustee's sale for not earlier than September 23, 2009; and

5. First American Loanstar Trustee Services will postpone the trustee's sale for not earlier than September 23, 2009.

Dated: August 12, 2009

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
ARMANDO GONZALEZ

By: /s/ Robert A. Spanner
    Robert A. Spanner

Dated: August 12, 2009

SEVERSON & WERSON
Attorneys for Defendant
WELLS FARGO BANK

By: /s/ Andrew W. Noble
    Andrew W. Noble

Dated: _____

LAW OFFICES OF GLENN H. WECHSLER
Attorneys for Defendant
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

By: _____
    Glenn H. Wechsler

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED. The hearing on the Order To Show Cause Re Preliminary Injunction, presently scheduled for August 13, 2009 at 3:00 p.m. shall be

Stip. & Proposed Order to Continue Hrg. On Order to
Show Cause – Case No. C09-03444 MHP        2

1 | continued to September ~~1~~ 3, 2009 at __3:00 p.m.__.

3 | Dated: __August 13, 2009__              _____
                                            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stip. & Proposed Order to Continue Hrg. On Order to
Show Cause – Case No. C09-03444 MHP              3