1  ROBERT A. SPANNER SBN 60308
2  TRIAL & TECHNOLOGY LAW GROUP
   A PROFESSIONAL CORPORATION
3  3723 HAVEN AVENUE, SUITE 132
   MENLO PARK, CA 94025
4  PHONE: (650) 324-2223/(650) 324-2277
   FAX: (650) 324-0178
5  email - ras@techtriallaw.com

6  Attorney for Plaintiff
7  ARMANDO GONZALEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ, | CASE NO. C09-03444 MHP |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, *et al.* | |
| Defendants. | |

    Defendant Wells Fargo Bank, N.A. and Plaintiff Armando Gonzalez, having resolved and settled their disputes in the above captioned matter and pursuant to Rule 41(a) of the Federal Rule of Civil Procedure hereby stipulate and request the Court enter an order as follows:

    IT IS HEREBY STIPULATED, that the Plaintiff hereby dismisses the above captioned proceeding with prejudice, and each Party shall bear its own attorneys fees and costs incurred herein.

Stip. Of Dismissal – Case No. C09-03444 MHP      1

SO STIPULATED.

Dated: June 7, 2010              TRIAL & TECHNOLOGY LAW GROUP
                                 A Professional Corporation
                                 Attorneys for Plaintiff - Appellant
                                 ARMANDO GONZALEZ

                                 By: /s/ Robert A. Spanner
                                     Robert A. Spanner

Dated: June 7, 2010              SEVERSON & WERSON
                                 Attorneys for Defendant-Appellee
                                 WELLS FARGO BANK

                                 By /s/ Andrew Noble
                                    Andrew Noble

### DECLARATION OF CONSENT

I, Robert A. Spanner, hereby declare pursuant to General Order 45, §X.B, that I have obtained concurrence in the filing of this Stipulation and [Proposed] Order from Andrew W. Noble, Esq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of June, 2010.

                                 /s/ Robert A. Spanner
                                 _____
                                 Robert A. Spanner

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

6/18/2010                        _____
                                 U.S. DISTRICT

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stip. Of Dismissal – Case No. C09-03444 MHP          2